# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TANYA GORDET, General Administratrix and Administratrix Ad Prosequendum of the ESTATE OF DAVID GORDET, Deceased, and TANYA GORDET, Individually, : : : : : Plaintiffs : v. : CHRYSLER GROUP, LLC, FIAT CHRYSLER AUTOMOBILES, NV, TED'S USED CARS, LLC d/b/a SAYLORSBURG AUTO SALES and JOHN DOE I-XV, : : : : Defendants | CIVIL ACTION NO. 15-2070 (JUDGE MANNION) |

## ORDER

Based on the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

1. Ted's Used Cars, LLC's motion for leave to file a third-party complaint, **(Doc. 73)**, is **GRANTED.**

2. Chrysler Group, LLC's cross motion for leave to file a third-party complaint, **(Doc. 78)**, is **GRANTED.**

3. The Clerk of Court is directed to detach and file moving defendants' propose third-party complaint[1] **(Doc. 73 Exhibit C)**.

4. Following service, third-party defendant will have the time permitted in the Federal Rules of Civil Procedure to respond to moving defendants' third-party complaint.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: September 28, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-2070-01.docx

---

[1] Although Ted's and Chrysler filed separate motions for leave, their proposed third-party complaints are identical, so only one needs to be filed.